# Court of Appeals
# of the State of Georgia

ATLANTA,__March 06, 2023_____

*The Court of Appeals hereby passes the following order:*

## A23A1071. GWENDOLYN WESLEY v. MARK HUBBARD.

This case originated as a wrongful eviction action in magistrate court. Following an adverse ruling, plaintiff Gwendolyn Wesley filed a de novo appeal to superior court. The superior court ruled in favor of defendant Mark Hubbard, and Wesley filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue concerns a de novo appeal from a magistrate court decision, Wesley was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,__03/06/2023_____
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*